JPML FORM 1A                      DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 358 -- IN RE AIR CRASH DISASTER AT AMMAN, JORDAN ON SEPTEMBER 23, 1977

| Date | No. Code | |
|---|---|---|
| 8/23/78 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, AFFIDAVIT, CERT. OF SERVICE, -- Plaintiffs Jayne and Buchman, with Exhibits 1 thru 4 |
| | | SUGGESTED TRANSFEREE DISTRICT: S.D. New York |
| | | SUGGESTED TRANSFEREE JUDGE: Honorable Vincent Broderick (emh) |
| 9/7/78 | | APPEARANCES -- John J. Kennelly, Esq. for Peggy A. Buchman  George N. Tompkins, Jr., Esq. for Arab Wings Co. Limited and The Royal Jordanian  ea |
| 9/1/78 | 2 | RESPONSE/BRIEF -- Alia The Royal Jordanian Airline and Arab Wings Co., Ltd. w/cert of service (rew) |
| 9/7/78 | | APPEARANCES -- John J. Kennelly, Esq. for Peggy A. Buchman  George N. Tompkins, Jr., Esq. for Arab Wings Co. Limited and The Royal Jordanian Airline - ALIA  Gary Westerberg, Esq. for Gates Learjet Corp. (ea) |
| 9/7/78 | 3 | RESPONSE -- Defendant, Gates Learjet Corp., with certificate of service. (emh) |
| 9/7/78 | 3 | RESPONSE -- Defendant, Gates Learjet Corp., with certificate of service. (emh) |
| 9/11/78 | | AMENDED SCHEDULE A TO INCLUDE ADDITIONAL ACTION, Peggy Ann Buchman, etc. v. The Royal Jordanian Airlines Corp., et al., N.D. Ill., C.A. No. 78-C-1959 -- Plaintiffs Counsel Stanley J Levy (cds) |

98  358
99

JPML FORM 1A - Continuation                              DOCKET ENTRIES -- p._____

DOCKET NO. 358 -- In re Air Crash Disaster at Amman, Jordan on September 23, 1978

| Date | Ref | Pleading Description |
|---|---|---|
| 10/16/78 | | TRANSFER ORDER -- transferring A-1 thru A-3 to S.D.New York for coordinated or consolidated pretrial proceedings. |
| 10/16/78 | | CONSENT OF TRANSFEREE COURT -- Assigning litigation to the Honorable Vincent L. Broderick for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (emh) |
| 10/26/78 | | WAIVERS OF HEARING -- request from counsel for expedited decision. (emh) |
| 79/12/12 | | ORDER TO SHOW CAUSE -- B-6 Royal Jordanian Airlines, Inc., et al. v. Gates Learjet Corp., et al., D.Colo., 78-M-0026 -- Why counterclaim Gates Learjet v. Royal Jordanian Airlines should not be transferred pursuant 28 U.S.C. §1407 to the S.D.N.Y. to Judge Broderick and why the original claims should not be remanded to D.Colo. for further proceedings. Notified counsel and involved judges. (rew) |
| 79/12/26 | 4 | RESPONSE -- Deft. Alia and Arab Wings -- w/cert. of service (emh) |
| 79/12/27 | | HEARING ORDER -- Regarding transfer of counterclaim in B-6 (Royal Jordanian Airlines) -- Set for January 31, 1980 Hearing in Houston, Texas (cds) |
| 80/1/2 | 5 | REPLY TO PLEADING NO. 4 -- Gates Learjet Corp. -- w/cert. of serv. (cds) |
| 80/01/09 | 6 | RESPONSE, CERT. OF SVC. -- pltfs. Jayne and Buchman. (ea) |
| 1/24/80 | | HEARING APPEARANCES -- William J. White for Gates Learjet Corp., Marc S. Moller for Pltfs. Jayne and Buchman; Desmond T. Barry for ALIA and Arab Wings Co., Ltd. WAIVER OF ORAL ARGUMENT: Eagle-Picher Industries, Inc. |
| 80/02/04 | | ORDER -- (transferring certain claims and transferring and remanding certain other claims) B-6 Royal Jordanian Airlines, Inc., et al. v. Gates Learjet Corp., et al., D. Colorado, C.A. No. 78-M-0026 (emh) |

DOCKET NO. 358 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIRCRAFT DISASTER AT AMMAN, JORDAN ON SEPTEMBER 23, 1977

## Summary of Panel Actions

Date(s) of Hearing(s) NO HEARING

Consolidation Ordered 10/16/78          Consolidation Denied _____

Opinion and/or Order Citation _____

Transferee District S.D. New York          Transferee Judge Honorable Vincent L. Broderick

M-21-25

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Peggy Ann Buchman, etc. v. The Royal Jordanian Airlines Corp., et al. | N.D.ILL. Pesker | 78-C-1959 | 10/16/78 | 78 Civ. 4962 | 2/3/81 D | |
| A-2 | Peggy Ann Buchman, etc. v. Arab Wings, et al. | N.D. Ill. Decker | 78-C-4281 | 10/16/78 | 78 Civ 4963 | 2/13/81 D | |
| A-3 | Maxine Elizabeth Jayne, etc. v. The Royal Jordanian Airlines, et al. | N.D.ILL. Leighton | 78-C-3248 | 10/16/78 | 78 Civ 3964 | 2/13/81 D | |
| A-4 | Maxine Elizabeth Jayne, etc. v. The Royal Jordanian Airlines Corp. | S.D.N.Y. Broderick | 78-Civ-585 (VLB) | | | 1/2/81 (1) | |
| A-5 | Peggy Ann Buchman, etc. v. Arab Wings, et al. | S.D.N.Y. Lasker | 78-Civ-3493 (ML) | | | 2/3/81 | |

July 1979 — 3 TR — 2 XYZ — 5 Adg.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-6 | Royal Jordanian Airlines, Inc., et al. v. Gates Learjet Corp., et al. | D. Colo. Matsch | 78-M-0026 | 2/4/80 | 80 Civ 1062 | 5/24/82 | |

July 1980 — 4 TR / 2 XXZ / 6 Pdg.
July 1981 — 4 TR / 2 XXZ / 3 Civ / 3 Pdg
July 1982 — closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 358 -- IN RE AIR CRASH DISASTER AT AMMAN, JORDAN ON SEPTEMBER 23, 1977

---

MAXINE ELIZABETH JAYNE (A-3, A-4)
Stanley J. Levy, Esq.
Kreindler & Kreindler
99 Park Ave.
New York, New York  10016

PEGGY ANN BUCHMAN (A-1, A-2, A-5)
John J. Kennelly, Esq.
111 West Washington Street
Chicago, Illinois  60602

THE ROYAL JORDANIAN AIRLINES (ALIA)
ARAB WINGS COMPANY LIMITED
George N. Tompkins, Jr., Esq.
Condon & Forsyth
1251 Avenue of the Americans
New York, New York 10020

GATES LEARJET CORPORATION
Gary Westerberg, Esq.
Lord, Bissell & Brook
115 South La Salle Street
Chicago, Illinois  60603

GATES LEARJET CORP.
L. B. Ullstrom, Esquire
601 Broadway Building
Suite 200
Denver, Colorado  80203

AMI INDUSTRIES, INC.
Paul D. Renner, Esquire
50 S. Steele St.
Suite 77
Denver, Colorado  80209

AMI INDUSTRIES, INC.
(Additional Counsel)
Paul W. Engstrom, Esquire
Engstrom, Liscomb & Lack
3250 Wilshire Blvd.
Los Angeles, California  90010

EAGLE-PICHER INDUSTRIES, INC.
COLEMAN METAL TREATING LAB, INC.
W. Robert Ward, Esquire
Weller, Friedrich, Hickisch and
  Hazlitt
900 Capitol Life Center
Denver, Colorado  80203

ROYAL JORDANIAN AIRLINES
(Additional Counsel)
Gregory A. Long, Esquire
Overton, Lyman & Prince
550 S. Flower Street
P.O. Box 54299 Terminal Annex
Los Angeles, California  90054

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 358 -- IN RE AIR CRASH DISASTER AT AMMAN, JORDAN ON SEPT. 23, 1977

| Name of Party | Named as Party in Following Actions |
|---|---|
| Arab Wings | A-2, A-5 |
| Royal Jordanian Airlines, Corp. (ALIA) | A-1, A-2, A-3, A-4, A-5 |
| Gates Lear Jet | A-1, A-3, A-4, A-5 |