DOCKET NO. 358

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER AT AMMAN, JORDAN ON SEPTEMBER 23, 1977

OCT 16 1978

10/16/78

TRANSFER ORDER

It appearing that all parties to the actions listed on the attached Schedule A agree on the disirability of transferring pursuant to 28 U.S.C. §1407 the actions pending in the Northern District of Illinois to the Southern District of New York for coordinated or consolidated pretrial proceedings with the actions pending in that district, and it further appearing that all parties to these actions have waived their right to oral argument and request expedited consideration of the question of transfer on the basis of the briefs submitted, the Panel hereby finds that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Shcedule A and pending in the Northern District of Illinois be, and the same hereby are, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Vincent L. Broderick for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

John Minor Wisdom
Chairman

MDL-358                                                    SCHEDULE A

### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Peggy Ann Buchman, etc. v. The Royal Jordanian Airlines Corp., et al. | 78-C-1959 |
| Peggy Ann Buchman, etc. v. Arab Wings, et al. | 77-C-4281 |
| Maxine Elizabeth Jayne, etc. v. The Royal Jordanian Airlines, et al. | 78-C-3248 |

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Maxine Elizabeth Jayne, etc. v. The Royal Jordanian Airlines Corp. | 78 Civ 585 |
| Peggy Ann Buchman, etc. v. Arab Wings, et al. | 78 Civ 3493 |